## IN THE UNITED STATES DISTRICT COURT FOR THE
## CENTRAL DISTRICT OF ILLINOIS, SPRINGFIELD

| | |
|---|---|
| D'KIDS PARTNERS, L.P., individually and on behalf of KIRLINS, INC., and DONALD W. KIRLIN, individually and on behalf of D'KIDS PARTNERS, L.P. and KIRLINS PROPERTIES, INC. ) ) ) ) ) ) | Case No. 3:17-cv-03057 |
| Plaintiffs, ) ) | Judge Sue E. Myerscough |
| vs. ) ) | Jury Trial Demanded |
| DALE T. KIRLIN, JR., GARY F. KIRLIN, JAMES A. RAPP, SCHMEIDESKAMP, ROBERTSON, NEU & MITCHELL, LLP, and HUTMACHER & RAPP, P.C., ) ) ) ) ) | |
| Defendants. ) | |

## NOTICE OF DISMISSAL

Plaintiffs, D'KIDS PARTNERS, L.P and DONALD W. KIRLIN, Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), hereby dismisses all claims in this action asserted against DALE T. KIRLIN, JR., and GARY F. KIRLIN with prejudice.

Respectfully submitted,

D'KIDS PARTNERS, L.P and
DONALD W. KIRLIN

By:   /s/ Alan L. Farkas
         One of Their Attorneys

Alan L. Farkas
Eric Fogel
Michael S. McGrory
SmithAmundsen, LLC
150 North Michigan Ave., Suite 3300
Chicago, IL 60601
(312) 894-3200, phone
(312) 894-3210, fax

## CERTIFICATE OF SERVICE

I certify that on June 2, 2017, I electronically filed the **Plaintiffs' Stipulation to Dismiss** with the Clerk of the Court using the CMECF system which will send notification of such filing to the following:

**Service List:**

**Attorneys for Dale T. Kirlin and Gary F. Kirlin**
Joseph R. Marconi
Victor J. Pioli
Brian C. Langs
Johnson & Bell, Ltd.
33 W. Monroe St., Flr. 27
Chicago, IL  60603
Phone: (312) 372-0770
Fax: (312) 372-9818
Email: marconij@jbltd.com
 pioliv@jbltd.com
 langsb@jbltd.com

**Attorneys for James A. Rapp, Schmeideskamp, Robertson, Neu & Mitchell, LLP and Hutmacher & Rapp, P.C.**
Steven C. Ward
Drake, Narup & Mead, P.C.
107 E. Allen St.
Springfield, IL  62704
Phone: (217) 528-9776
Fax: (217) 528-9401
Email: ward@dnmpc.com

Daniel F. Konicek
Thomas J. Long
Amir R. Tahmassebi
Konicek & Dillon, P.C.
21 W. State St.
Geneva, IL  60134
Phone: (630) 262-9655
Fax: (630) 262-9659
Email: dkonicek@konicekdillonlaw.com
 tlong@konicekdillonlaw.com
 amir@konicekdillonlaw.com

                                                                              /s/ Alan L. Farkas